UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH DOMINGUEZ,<br>　　　　Plaintiff,<br>　v.<br>CHRISTOPHER VARNELL,<br>　　　　Defendant. | Case No. 17-cv-02652-HSG<br>**ORDER DISMISSING CASE** |

On November 21, 2017, the Court dismissed Plaintiff's case for failure to state a claim. Dkt. No. 16. Plaintiff's amended complaint was due by December 22, 2017. *See id.* at 2. In the order, the Court cautioned Plaintiff that his failure to file an amended complaint may result in dismissal of the action without leave to amend. *Id.* Plaintiff did not file a second amended complaint, nor did he request more time to do so. Plaintiff has had ample opportunity to amend his complaint, and the Court interprets his failure to do so as an indication that he cannot allege facts to cure the defects identified in the Court's previous order. *See id.* The Court therefore dismisses the case without leave to amend. *See Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 1007 (9th Cir. 2009) ("[W]here the Plaintiff has previously been granted leave to amend and has subsequently failed to add the requisite particularity to its claims, [t]he district court's discretion to deny leave to amend is particularly broad." (quotation omitted)).

///
///
///
///
///

Accordingly, the Court **DISMISSES** the case with prejudice. The clerk is directed to enter judgment in favor of Defendant and against Plaintiff and to close the case.

**IT IS SO ORDERED.**

Dated: 12/27/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge